AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana
Hammond Division

Ben Kitchens
*Plaintiff*

v.

Worldwide Recoveries, LLC d/b/a Atlas & Associates; Platinum Recoveries; PR & Associates; and Does 1-10, inclusive
*Defendants*

Civil Action No. 2 13CV 147

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*  Worldwide Recoveries, LLC
d/b/a Atlas & Associates; Platinum Recoveries;
PR & Associates
2414 South Fairview Street, Suite 210
Santa Ana, CA 92704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/29/2013

s/T. Castillo
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: LEMBERG & ASSOCIATES LLC ATTORNEYS AT LA 1100 SUMMER STREET, 3RD FLOOR STAMFORD, CT 06905 Telephone No: 203 653-2250   FAX No: 203 653-3424 crosenstock@lemberglaw.com Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: 8222-001 | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Northern District Of Indiana, Hammond Division | | | | |
| Plaintiff: BEN KITCHENS | | | | |
| Defendant: WORLDWIDE RECOVERIES, LLC | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: 213CV147 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; APPEARANCE OF COUNSEL.

3. a. Party served: PLATINUM RECOVERIES
   b. Person served: DAN SHIELLIE, MANAGER, PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 2414 S. FAIRVIEW STREET, SUITE 210 SANTA ANA, CA 92704

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat., Apr. 13, 2013 (2) at: 1:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PLATINUM RECOVERIES
   Other: A BUSINESS ORGANIZATION, FORM UNKNOWN, under CCP 415.95.

7. Person Who Served Papers:
   a. ALAN THOMAS

   www.kernlegal.com
   KERN LEGAL SERVICES
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   Professional Legal Services and Photocopying at an affordable price!

   Fee for Service: $62.50
   I Declare under penalty of perjury under the laws of the State of INDIANA that the foregoing is true and correct.

   5-16-13
   (Date)          (Signature)

8. STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
   Subscribed and sworn to (or affirmed) before me on this ____ day of MAY, 2013 by ALAN THOMAS
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   MICHAEL KERN
   COMM. #1877757
   NOTARY PUBLIC • CALIFORNIA
   LOS ANGELES COUNTY
   Comm. Exp. JAN. 22, 2014

   AFFIDAVIT OF SERVICE
   SUMMONS IN A CIVIL CASE
   (Notary Signature)          2673.144237