AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana
Hammond Division

| | | |
|---|---|---|
| Ben Kitchens | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.   **12 13CV 147** |
| | ) | |
| Worldwide Recoveries, LLC d/b/a Atlas & | ) | |
| Associates; Platinum Recoveries; PR & Associates; | ) | |
| and Does 1-10, inclusive | ) | |
| *Defendants* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   Worldwide Recoveries, LLC
d/b/a Atlas & Associates; Platinum Recoveries;
PR & Associates
2414 South Fairview Street, Suite 210
Santa Ana, CA 92704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/29/2013

s/T. Castillo

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>LEMBERG & ASSOCIATES LLC ATTORNEYS AT LA<br>1100 SUMMER STREET, 3RD FLOOR<br>STAMFORD, CT  06905<br>Telephone No: 203 653-2250          FAX No: 203 653-3424<br>crosenstock@lemberglaw.com<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>8222-001 | |
| Insert name of Court, and Judicial District and Branch Court:<br>  United States District Court - Northern District Of Indiana, Hammond Division | | |
| Plaintiff: BEN KITCHENS | | |
| Defendant: WORLDWIDE RECOVERIES, LLC | | |

| **AFFIDAVIT OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>213CV147 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; APPEARANCE OF COUNSEL.

3.  a. *Party served:*      PR & ASSOCIATES
    b. *Person served:*      DAN SHIELLIE, MANAGER, PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4.  *Address where the party was served:*      2414 S. FAIRVIEW STREET, SUITE 210
    SANTA ANA, CA  92704

5.  *I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., May. 13, 2013 (2) at: 1:35PM

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    *on behalf of:*   PR & ASSOCIATES
    *Other:*   A BUSINESS ORGANIZATION, FORM UNKNOWN, under CCP 415.95.

**7. *Person Who Served Papers:***                      *Fee for Service:*     $62.50
    a. ALAN  THOMAS                         I Declare under penalty of perjury under the laws of the State of
                                        INDIANA that the foregoing is true and correct.



www.kernlegal.com
**KERN** LEGAL SERVICES
1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax (213) 483-7777
*Professional Legal Services and Photocopying at an affordable price!*

                     5-16-13                        *Alan Thomas*
                   *(Date)*                                  *(Signature)*

8. *STATE OF CALIFORNIA, COUNTY OF* LOS ANGELES
    *Subscribed and sworn to (or affirmed) before me on this* 16TH *day of* MAY, 2013 *by* ALAN  THOMAS

*proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

**MICHAEL KERN**
COMM. #1877757
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JAN. 22, 2014

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL CASE             *(Notary Signature)*        2673.144238